

1  MacCONAGHY & BARNIER, PLC
   JOHN H. MacCONAGHY, State Bar No. 83684
2  JEAN BARNIER, State Bar No. 231683
   645 First St. West, Suite D
3  Sonoma, California 95476
   Telephone:  (707) 935-3205
4  Facsimile:   (707) 935-7051
   Email:      macclaw@macbarlaw.com

**Signed and Filed: April 22, 2008**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

Attorneys for Interested Party
JANINA M. ELDER, CHAPTER 7 TRUSTEE
OF THE ESTATE OF RICHARD L. HATFIELD

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                       )
                                            )   Case No. 08 -30575 TEC
ALLIANCE FINANCIAL CAPITAL, INC.,           )   (Chapter 11)
                                            )
         Debtor.                            )   **ORDER CONVERTING
                                            )   CASE TO CHAPTER 7**
_____    )

The Motion to Convert Case to Chapter 7 filed by Interested Party Janina M. Elder came on for hearing on April 21, 2008 before the Hon. Thomas E. Carlson, United States Bankruptcy Judge. Joan M. Chipser, Esq., appeared for the Debtor; Wendel, Rosen, Black & Dean, LLP by Elizabeth Berke-Dreyfus, Esq., appeared for certain "Noteholder" creditors; Kornfield Paul Nyberg & Kuhner by Christopher Kuhner Esq., appeared for certain other "Noteholder" creditors; James H. Seymour, Esq., appeared for Interested Party Jennifer Moore; MacConaghy & Barnier, PLC by John H. MacConaghy, Esq. appeared for Interested Party Janina M. Elder, Chapter 7 Trustee of the Estate of Richard L. Hatfield; and Edward S. Myrtle appeared for the Office of the United States Trustee.

On consideration of the oral and written arguments of counsel and good cause appearing:

IT IS HEREBY ORDERED that this case is converted to a case under Chapter 7 and the

1  Office of the U.S. Trustee is directed to appoint an Interim Chapter 7 Trustee.

2  ** END OF ORDER **

SERVICE LIST

Elizabeth Berke-Dreyfuss, Esq.
Wendel, Rosen, Black & Dean, LLP
P.O. Box 2047
Oakland, CA 94604-2047

Janina M. Elder
Bankruptcy Trustee
P.O. Box 158
Middletown, CA 95461

John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First St. West, Suite D
Sonoma, CA 95476

Joan M. Chipser, Esq.
1 Green Hills Ct.
Millbrae, CA 94030

Edward S. Myrtle, Eq.
Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

Michael St. James, Esq.
St. James Law P.C.
155 Sansome St. Ste. 1004
San Francisco, CA 94104

James H. Seymour, Esq.
706 Cowper St.
Palo Alto, CA 94301