

Signed and Filed: April 23, 2008

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ALLIANCE FINANCIAL CAPITAL, INC.,<br><br>Debtor.<br>_____ | Case No. 08-30575 TEC<br>Chapter 11 |
| RICHARD L. HATFIELD,<br>aka RICHARD LEE HATFIELD,<br><br>Debtor.<br>_____ | Case No. 08-30154 TEC<br>Chapter 7 |

**ORDER RE MOTION FOR SUBSTANTIVE CONSOLIDATION OR IN THE ALTERNATIVE FOR JOINT ADMINISTRATION**

    On April 21, 2008, the court held a hearing on the motion of chapter 7 trustee Janina Elder for substantive consolidation of the above-captioned cases, or in the alternative for joint administration. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby enters the following order.

ORDER RE MOTION FOR
SUBSTANTIVE CONSOLIDATION

-1-

(1) The court declines to rule on the motion for substantive consolidation until all schedules are filed in the Alliance Financial Capital case.

(2) When all schedules have been filed, the court by separate order will establish a deadline for filing objections to the motion for substantive consolidation and will set a date for a continued hearing on the motion.

(3) Trustee's motion to jointly administer the above-captioned cases is granted.  Unless otherwise ordered by the court,

    (a) all pleadings to be filed in the Alliance Financial Capital case (no. 08-30575) shall instead be filed in the Richard L. Hatfield case (case no. 08-30154); and

    (b) all pleadings to be filed in the Richard L. Hatfield case shall include in the caption both case names and numbers and the words "jointly administered."

**\*\*END OF ORDER\*\***

**Court Service List**

Joan M. Chipser, Esq.
Law Offices of Joan M. Chipser
1 Green Hills Court
Millbrae, CA 94030

Elizabeth Berke-Dreyfuss, Esq.
Wendel, Rosen, Black & Dean
1111 Broadway 24th Floor
P.O. Box 2047
Oakland, CA 94604-2047

Chris D. Kuhner, Esq.
Kornfield, Paul, Nyberg & Kuhner
1999 Harrison Street, Suite 2675
Oakland, CA 94612

James H. Seymour, Esq.
Law Offices of James H. Seymour
706 Cowper Street
Palo Alto, CA 94301

John H. MacConaghy, Esq.
MacConaghy & Barnier
645 1st Street W #D
Sonoma, CA 95476

Michael St. James, Esq.
St. James Law
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Joel K. Belway, Esq.
The Law Office of Joel K. Belway
235 Montgomery Street, Suite 668
San Francisco, CA 94104

Dave M. McGraw, Esq.
Law Offices of Dave M. McGraw
2890 North Main Street, Suite 307
Walnut Creek, CA 94597-2738