

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Special Procedures Section
PO BOX 2952
SACRAMENTO CA 95812-2952

Notice Date: 07/25/08

# REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

UNITED STATES BANKRUPTCY COURT
**Northern District of California**

PO Box 7341
San Francisco CA 94120-7341



FILED
JUL 3 1 2008
UNITED STATES BANKRUPTCY
SAN FRANCISCO, CA

In the Matter of :   ALLIANCE FINANCIAL CAPITAL, INC.

| Bankruptcy Case Number | Chapter | Petition Date | Type of Liability | FTB Account Number | Amount Due |
|---|---|---|---|---|---|
| 0830575 | 7 | 04/04/2008 | BANK AND CORPORATION | 1887274000 | 800.00 |

1. The undersigned, whose business address is shown above, is an agent of the Franchise Tax Board of the State of California and is authorized to make this request for payment on behalf of the Franchise Tax Board.
2. This debt is for taxes due under the Revenue and Taxation Code of the State of California.
3. All payments on this debt have been deducted for the purpose of making this request for payment.
4. Request is made for payment of the administrative expenses described below.

**Administrative Expense**

| Taxable Period | Tax Due | Penalty to Date | Interest to Date | Costs to Date | Total to Date |
|---|---|---|---|---|---|
| 12/31/2008 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |

5. Interest compounded daily accrues at the rate established in the Revenue and Taxation Code of the State of California. If the amount due shown above is not paid within 15 days, contact the Bankruptcy Section for the current amount due at the time of payment.
6. Make check payable to the Franchise Tax Board and mail it to the business address shown above.

| AUTHORIZED REPRESENTATIVE | TELEPHONE NUMBER |
|---|---|
| LUKA OCKO | (916) 845-4750 |

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. The section can receive delinquent tax returns and encourages correspondence and telephone calls. The section is committed to providing assistance to prevent unnecessary litigation.

FAX:   (916) 845-6786     BUSINESS HOURS:     7:30AM – 4:00PM

FTB 6928 CC BC ARCS (REV 03-1999)

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952
Telephone (916) 845-4750 Fax (916) 845-9799

JOHN CHIANG
Chair
BETTY T. YEE
Member
MICHAEL C. GENEST
Member

Bankruptcy Case Number: 0830575
Debtor Name: ALLIANCE FINANCIAL CAPITAL, INC.

## **ATTACHMENT**

Franchise Tax Board (FTB) reserves the right to amend this claim/request based on any audit or investigation of any filed income tax returns, or any other audit or investigation.

FTB reserves the right to amend this claim/request in accordance with applicable law, including, without limitation, modifying the amounts claimed as an administrative expense, secured, priority and unsecured for the purposes of this bankruptcy case.

FTB reserves the right to amend this claim/request to add additional penalties and interest.

FTB's claim, to the extent it is secured, is secured by all property and rights to property whether real or personal, tangible or intangible, including all after-acquired property and rights to property, belonging to the debtor(s) and located in this state. (California Revenue & Taxation Code §19221; California Government Code § 7170.) Should the value of the collateral be determined to be less than the amount of the secured claim or should the lien be avoided in whole or in part, FTB reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim.

(Rev. 06/07)