GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for E. Lynn Schoenmann, Trustee of the
Chapter 7 Estate of Alliance Financial Capital, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ALLIANCE FINANCIAL CAPITAL, INC.,<br><br>Debtor. | Case No. 08-30575-TEC<br><br>Chapter 7<br><br>Date: February 20, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom No. 23<br>231 Pine Street, 23rd Floor<br>San Francisco, CA<br>Judge: Hon. Thomas E. Carlson |

## MOTION FOR ORDER AUTHORIZING TRUSTEE TO SURCHARGE CASH COLLATERAL TO PAY ADMINISTRATIVE EXPENSES

**TO: THE HONORABLE THOMAS E. CARLSTON, UNITED STATES BANKRUPTCY JUDGE, AT SAN FRANCISCO, CALIFORNIA:**

COMES NOW, E. Lynn Schoenmann ("Trustee"), the duly appointed and acting trustee of the chapter 7 bankruptcy estate (the "Estate") of Alliance Financial Capital, Inc., the debtor herein ("AFC" or the "Debtor"), and hereby moves, pursuant to Section 506(c) of the Bankruptcy Code, for an order authorizing the Trustee to surcharge collateral of Alliance Financial Capital Holdings, Inc. ("Holdings"), secured creditor of AFC, by the amount of $75,000.00, in order to pay allowed administrative expenses incurred by the Trustee and her professionals to preserve Holdings' collateral.

1

TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO SURCHARGE
COLLATERAL TO PAY ADMINISTRATIVE EXPENSES
10420 118653.DOC

The motion is made on the grounds that the administrative expenses incurred by the Estate, consisting of the fees and expenses of the Trustee and her professionals, to the extent allowed, are reasonable and necessary and provided a substantial benefit to Holdings.

This motion is supported by the Notice of Hearing, supporting Memorandum of Points and Authorities and supporting declarations of Katherine D. Ray, all filed concurrently with this motion.

DATED: January 21, 2009

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By: /s/ Katherine D. Ray
Attorneys for E. Lynn Schoenmann, Trustee of the Chapter 7 Estate of Alliance Financial Capital, Inc.

2
TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO SURCHARGE COLLATERAL TO PAY ADMINISTRATIVE EXPENSES
10420 118653.DOC

Case: 08-30575   Doc# 97   Filed: 01/22/09   Entered: 01/22/09 10:04:59   Page 2 of 2