```
 1  GOLDBERG, STINNETT, DAVIS & LINCHEY
    A Professional Corporation
 2  DANIEL M. LINCHEY, ESQ. CA Bar #111739
    KATHERINE D. RAY, ESQ. CA Bar #121002
 3  44 Montgomery Street, Suite 2900
    San Francisco, CA  94104
 4  Telephone: (415) 362-5045
    Facsimile:  (415) 362-2392
 5
    Attorneys for E. Lynn Schoenmann, Trustee of the Chapter 7
 6  Estate of Alliance Financial Capital, Inc.
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 08-30575-TEC |
|---|---|
| ALLIANCE FINANCIAL CAPITAL, INC., | Chapter 7 |
| Debtor. | Date: February 20, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom No. 23<br>235 Pine Street, 23rd Floor<br>San Francisco, CA<br>Judge: Hon. Thomas E. Carlson |

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**MOTION FOR ORDER AUTHORIZING TRUSTEE TO SURCHARGE
CASH COLLATERAL TO PAY ADMINISTRATIVE EXPENSES;**

**NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE
TO SURCHARGE CASH COLLATERAL TO PAY
ADMINISTRATIVE  EXPENSES; HEARING THEREON**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
TRUSTEE'S MOTION FOR ORDER AUTHORIZING SURCHARGE OF
CASH COLLATERAL TO PAY ADMINISTRATIVE EXPENSES;**

# DECLARATION OF KATHERINE D. RAY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SURCHARGE CASH COLLATERAL TO PAY ADMINISTRATIVE EXPENSES

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 22, 2009.

/s/ Jeanne Rose

John H. MacConaghy, Esq.
Jean Barnier, Esq.
MacConaghy & Barnier, PLC
645 First Street West, Suite D
Sonoma, CA 95476

Alliance Financial Capital, Inc.
Alliance Financial Capital Holdings, Inc.
c/o Janina M. Elder, Trustee of the Chapter 7
Estate of Richard Hatfield
P.O. Box 158
Middletown, CA 95461

James H. Seymour, Esq.
706 Cowper Street
Palo Alto, CA 94301

Kevin C. Driscoll, Esq.
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2809

Chris D. Kuhner, Esq.
Kornfield, Paul, Nyberg & Kuhner, PC
1999 Harrison Street, Suite 2675
Oakland, CA 94612

Elizabeth Berke-Dreyfuss, Esq.
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Michael St. James, Esq.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Lloyd J. Strobel, Esq.
345 Lorton Avenue, Suite 303
Burlingame, California 94010

Joel K. Belway, Esq.
The Law Office of Joel K. Belway
Russ Building
235 Montgomery Street, Suite 668
San Francisco, CA 94104-2910

Joan Chipser, Esq
Law Offices of Joan M. Chipser
1 Green Hills Court
Millbrae, CA 94030

Office of the United States Trustee
Attn: Julie M. Glosson, Esq.
235 Pine Street, Suite 700
San Francisco, CA 94104