Signed and Filed: January 29, 2009

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
KORNFIELD, NYBERG, BENDES
& KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for David and Jacqueline Fenton, Jacqueline Jackson, individually and as Trustee of the Jacqueline Trust Dated October 19, 1989 and the Robert S. Jackson Trust Dated December 13, 1986

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br>**ALLIANCE FINANCIAL CAPITAL, INC.,**<br><br>Debtor. | Case No. 08-30575 TC<br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR TURNOVER OF FUNDS PURSUANT TO 11 U.S.C. § 725**<br>Date: December 19, 2008<br>Time: 9:30 a.m.<br>Ctrm: 23<br>    U.S. Bankruptcy Court<br>    235 Pine Street<br>    San Francisco, California |

The Court having considered the Motion for Turnover of Funds Pursuant to 11 U.S.C. § 725 ("Motion for Turnover") filed by David and Jacqueline Fenton (the "Fenton Parties") and Jacqueline Jackson, individually and as Trustee of the Jacqueline Jackson Trust Dated October 19, 1989 and Robert S. Jackson Trust Dated December 13, 1986 (the "Jackson Party"), the opposition to the Motion for Turnover filed by Jennifer M. Moore ("Moore"), individually and as the sole shareholder and sole director of Alliance Financial Capital, Inc. ("AFCI") and Alliance Financial Capital Holdings, Inc. ("AFCH") ("Opposition"), and good cause appearing therefor;

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

1  **IT IS HEREBY ORDERED** that pursuant to the reasons stated on the record and the Statement
2  of Decision entered in this case, the Motion for Turnover is granted.

3  **IT IS FURTHER ORDERED** that within eleven (11) days from the date of entry of this order,
4  the Chapter 7 Trustee, E. Lynn Schoenmann ("Trustee") shall deliver all funds currently held by the
5  Trustee (less $75,000 to be retained by the Trustee to be paid pursuant to 11 U.S.C. § 506(c) and less
6  $26,833.25 to be held by the Trustee pending the resolution of the Motion to Authorize and Direct
7  Chapter 7 Trustee to Release $26,833.25 of Funds to Burke Environmental LLC) ("Burke Motion"))
8  to the Fenton and Jackson Parties in care of Chris D. Kuhner of Kornfield, Nyberg, Bendes & Kuhner,
9  P.C., 1999 Harrison Street, Suite 2675, Oakland, California. The check shall be made payable to the
10 Kornfield, Nyberg, Bendes & Kuhner, P.C. Client Trust Account.

11 **IT IS FURTHER ORDERED** that the $26,833.25 being held by the Trustee pending the
12 resolution of the Burke Motion shall be held by the Trustee and not distributed absent stipulation by
13 and between the Fenton Parties/Jackson Parties and Burke Environmental LLC, or further order from
14 the Court.

15 **IT IS FURTHER ORDERED** that a status conference on the Burke Motion shall be continued
16 to March 16, 2009 at 9:30 a.m.

17 Approved as to form.

19 Dated: January 28, 2009

21 By: James Seymour /s/
   (Bar No. 48651)
   Attorneys for Creditor Jennifer M. Moore

23 Dated: January 27, 2009          GOLDBERG, STINNETT, DAVID & LINCHEY

25 By: Katherine D. Ray /s/
   (Bar No. 121002)
26 Attorneys for Trustee E. Lynn Schoenmann

---

Order Granting Motion for Turnover of Funds Pursuant to 11 U.S.C. § 725

-2-

J:\Dickson,Peatman & Fogarty\AFCI Bankruptcy\Turnover-Order.wpd
1/28/09 3:18 pm

| | | |
|---|---|---|
| 1 | Dated: January 27, 2009 | BARNES & THORNBURG LLP |
| 2 | | |
| 3 | | By: Kevin C. Driscoll /s/ |
| 4 | | Attorneys for Burke Environment LLC |
| 5 | | |
| 6 | | ****END OF ORDER *** |

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Order Granting Motion for Turnover of Funds Pursuant to 11 U.S.C. § 725

J:\Dickson,Peatman & Fogarty\AFCI Bankruptcy\Turnover-Order.wpd
1/28/09 3:18 pm

-3-

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

| | |
|---|---|
| 1 | COURT SERVICE LIST |

2　U. S. Trustee
　　235 Pine Street, Suite 850
3　San Francisco, CA 94104

4　Chris D. Kuhner
　　Kornfield, Nyberg, Bendes & Kuhner, P.C.
5　1999 Harrison Street, Suite 2675
　　Oakland, CA 94612

6

　　James H. Seymour
7　706 Cowper Street
　　Palo Alto, CA 94301

8
　　Michael Cooper
9　Elizabeth Berke-Dreyfuss
　　Wendel Rosen Black & Dean
10　1111 Broadway, 24th Floor
　　Oakland, CA 94604-2047

11
　　Joan M. Chipser
12　Law Offices of Joan M. Chipser
　　1 Green Hills Court
13　Millbrae, CA 94030

14　Katherine D. Ray
　　Goldberg, Stinnett, David & Linchey
15　44 Montgomery Street, Suite 2900
　　San Francisco, CA 94104

16
　　Kevin C. Driscoll
17　Barnes & Thornburg LLP
　　One North Wacker Drive, Suite 4400
18　Chicago, IL 60606

19

20

21

22

23

24

25

26

27

28

Order Granting Motion for Turnover of Funds Pursuant to 11 U.S.C. § 725
-4-
J:\Dickson,Peatman & Fogarty\AFCI Bankruptcy\Turnover-Order.wpd
1/28/09 3:18 pm